MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0073 RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| JUAN EDDIEL MANZANO CORTEZ, a/k/a Jose Rodriguez Cortez, | ) | |
| Defendant. | ) | |

    On March 22, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to April 12, 2011. The parties have agreed to exclude the period of time between March 22, 2011 and April 12, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0073 RS

1  At the hearing, the Court made findings consistent with this agreement.

2  SO STIPULATED:

3

4                                              MELINDA HAAG
                                               United States Attorney

5

6  DATED: April 11, 2011                         _____/s/_____
                                                 LOWELL C. POWELL
7                                                Special Assistant United States Attorney

8

9  DATED: April 11, 2011                         _____/s/_____
                                                 ELIZABETH FALK
10                                               Attorney for JUAN EDDIEL MANZANO CORTEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0073 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the March 22, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 22, 2011 through April 12, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would unreasonably deprive the defendant of continuity of counsel. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 4/11/11

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge