*E-Filed 5/2/11*

1 MELINDA HAAG (CABN 132612)
United States Attorney

2

3 MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

5

6 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

7 Telephone: (415) 436-7368
Facsimile: (415) 436-7234

8 E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,          )          No. CR 11-0073 RS
                                     )
15        Plaintiff,                 )
                                     )
16        v.                         )          **STIPULATION AND [~~PROPOSED~~]
                                     )          ORDER EXCLUDING TIME UNDER 18
17 JUAN EDDIEL MANZANO CORTEZ,       )          U.S.C. § 3161**
      a/k/a Jose Rodriguez Cortez,   )
18                                   )
          Defendant.                 )
19 _____  )

20      On April 12, 2011, the parties in this case appeared before the Court.  At that time, the Court

21 set the matter to May 3, 2011.  The parties have agreed to exclude the period of time between

22 April 12, 2011 and May 3, 2011, from any time limits applicable under 18 U.S.C. § 3161.  The

23 parties represented that granting the exclusion would allow the reasonable time necessary for

24 effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that

25 the ends of justice served by granting such an exclusion of time outweigh the best interests of the

26 public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

27 ///

28 ///

1    At the hearing, the Court made findings consistent with this agreement.

2        SO STIPULATED:

3
                                                    MELINDA HAAG
4                                                   United States Attorney

5

6    DATED: April 27, 2011                    _____/s/_____
                                              LOWELL C. POWELL
7                                             Special Assistant United States Attorney

8

9    DATED: April 27, 2011                    _____/s/_____
                                              ELIZABETH FALK
10                                            Attorney for JUAN EDDIEL MANZANO CORTEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0073 RS

1

2                                      [PROPOSED] ORDER

3         For the reasons stated above and at the April 12, 2011 hearing, the Court finds that the

4   exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from April 12,

5   2011 through May 3, 2011 is warranted and that the ends of justice served by the continuance

6   outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

7   §3161(h)(7)(A). Denying the requested exclusion of time would unreasonably deprive the

8   defendant of continuity of counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

9

10        IT IS SO ORDERED.

11

12  DATED:__5/2/11 _____    _____
                             THE HONORABLE RICHARD SEEBORG
13                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28