MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0073 RS |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME UNDER 18** |
| JUAN EDDIEL MANZANO CORTEZ, ) | **U.S.C. § 3161** |
|     a/k/a Jose Rodriguez Cortez, ) | |
| ) | |
|     Defendant. ) | |

On May 3, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to May 31, 2011. The parties have agreed to exclude the period of time between May 3, 2011 and May 31, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

1 | At the hearing, the Court made findings consistent with this agreement.

2 |     SO STIPULATED:

MELINDA HAAG
United States Attorney

6 | DATED: May 9, 2011             _____/s/_____
                                      LOWELL C. POWELL
                                      Special Assistant United States Attorney

9 | DATED: May 9, 2011             _____/s/_____
                                      ELIZABETH FALK
                                      Attorney for JUAN EDDIEL MANZANO CORTEZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0073 RS

1 <center>[PROPOSED] ORDER</center>

2  For the reasons stated above and at the May 3, 2011 hearing, the Court finds that the
3  exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 3, 2011
4  through May 31, 2011 is warranted and that the ends of justice served by the continuance
5  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
6  §3161(h)(7)(A). Denying the requested exclusion of time would unreasonably deprive the
7  defendant of continuity of counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

8
9  IT IS SO ORDERED.
10
11 DATED: 5/9/11                              _____
12                                              THE HONORABLE RICHARD SEEBORG
                                                United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0073 RS