*E-Filed 8/19/11*

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MANZANO CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN MANZANO CORTEZ, <br><br> Defendant. | ) No. CR 11-73 RS <br> ) <br> ) **STIPULATION AND [PROPOSED]** <br> ) **ORDER CONTINUING** <br> ) **SENTENCING** <br> ) <br> ) Date:  August 23, 2011 <br> ) Time:  2:30 p.m. <br> ) Court: The Honorable Richard Seeborg |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from August 23, 2011 until October 4, 2011 at 2:30 p.m. The purpose of the continuance is to enable defense counsel to interview and potentially obtain a declaration from Mr. Manzano Cortez' family members residing in San Rafael. Prior to last week, defense counsel had been unable to contact Mr. Manzano Cortez' family members, as the defendant was unwilling to involve his family in his criminal case and defense counsel had no way of contacting them. Last week, defense counsel obtained the number for Mr. Manzano Cortez' father and received a telephone call from him today to schedule an interview.

/ /

Receipt of information from Mr. Manzano Cortez' father will assist defense counsel effectively prepare a sentencing memorandum for the defendant. The sentencing is based on Mr. Manzano Cortez' open plea of guilty, and as such, it is important for this Court to have as much information as possible at sentencing. Due to the fact that undersigned defense counsel is now set for trial before this Court on September 13, 2011 under a much-abbreviated preparation schedule, she requests a continuance of the sentencing until October 4, 2011 at 2:30 p.m. to ensure she has adequate time to prepare both cases.

Special Assistant United States Attorney Lowell Powell has no objection to continuing the sentencing to October 4, 2011 as 2:30 p.m., as evidenced by his signature at the conclusion of this stipulation. Moreover, United States Probation Officer Charles Dickens has been contacted by defense counsel, and has no objection to continuing the sentencing to October 4, 2011 at 2:30 p.m.

IT IS SO STIPULATED.

DATED:   08/16/11            ___/s/_____
                             ELIZABETH M. FALK
                             Assistant Federal Public Defender

DATED:   08/16/11            ___/s/_____
                             LOWELL POWELL
                             Special Assistant United States Attorney

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued from August 23, 2011 to October 4, 2011 at 2:30 p.m.

DATED: __8/19/11_____     _____
                             THE HONORABLE RICHARD SEEBORG
                             UNITED STATES DISTRICT COURT JUDGE