*E-Filed 10/3/11*

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MANZANO CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-73 RS |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| JUAN MANZANO CORTEZ, | ) ) | |
| Defendant. | ) ) ) ) ) ) | Date:        October 4, 2011<br>Time:        2:30 p.m.<br>Court:       The Honorable Richard Seeborg |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from October 4, 2011 until October 11, 2011 at 2:30 p.m.   The purpose of the continuance is to enable defense counsel to write a sentencing memorandum for Mr. Cortez.  Pursuant to the last continuance request, defense counsel was able to interview Mr. Cortez' father in the Spanish language and obtain a lengthy declaration from him.  She received that declaration back signed last Tuesday, but was unable to write a sentencing memorandum for Mr. Cortez due to pressing matters on other cases. Defense counsel apologizes to the Court for this and asks for one additional week so she can remit a timely sentencing memorandum to this Court that serves the interests of justice in Mr. Cortez' case.

The sentencing is based on Mr. Manzano Cortez' open plea of guilty, and as such, it is important for this Court to have a thorough sentencing memorandum that touches on all the mitigating factors present in Mr. Cortez' case.  Moreover, defense counsel recently heard from Mr. Cortez in writing that he does not object to a continuance of his sentencing date.

1      Special Assistant United States Attorney Lowell Powell has no objection to continuing the

2   sentencing to October 11, 2011 as 2:30 p.m., as evidenced by his signature at the conclusion of this

3   stipulation.  Moreover, United States Probation Officer Christina Carruba has been contacted by

4   defense counsel, and has no objection to continuing the sentencing to October 11, 2011 at 2:30 p.m.

5

6   IT IS SO STIPULATED.

7   DATED:    10/3/11                   /S/
                                    ELIZABETH M. FALK

8                                       Assistant Federal Public Defender

9

    DATED:    10/3/11                   /S/

10                                        LOWELL POWELL
                                    Special Assistant United States Attorney

11

12

13                            [~~PROPOS~~ED] ORDER

14        Based upon the aforementioned representations of the parties, it is hereby ORDERED that the

15  sentencing in this matter be continued from October 4, 2011 to October 11, 2011 at 2:30 p.m.

16  DATED: _____10/3/11_____

17                                 THE HONORABLE RICHARD SEEBORG
                               UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

STIP & ORDER CONTINUING
SENTENCING - 11-73 RS          - 2 -